# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:09CV139-GCM

| | |
|---|---|
| CTG Financial, LLC )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Jim Josh Construction, LLC, )<br>Jimmie D. Smith, and )<br>Bruce Anthony )<br>    Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion. The Court takes notice that an order for default judgment in this distrtict is not usually referred to the United States Magistrate Judge. Therefore, the Court hereby orders the Clerk of Court to withdraw the referral of this case to United States Magistrate David Keesler, and to reassign the case to this Court.

SO ORDERED.

Signed: January 20, 2010

Graham C. Mullen
United States District Judge