**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:09CV139-GCM**

| | | |
|---|---|---|
| **CTG Financial, LLC** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **Jim Josh Construction, LLC,** | ) | |
| **Jimmie D. Smith, and** | ) | |
| **Bruce Anthony** | ) | |
| **Defendants.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court upon Plaintiff's Motion for Default Judgment filed on October 29, 2009. The Court hereby orders the Plaintiff to submit a brief within thirty (30) days on the issues of jurisdiction as to whether service of process has been properly effectuated, and whether, if jurisdiction is proper, this Court can issue a default judgment as to only one defendant, where there are multiple defendants in the case. (see *U.S. for Use of Hudson v. Peerless Insurance Co.*, 374 F.2d 942 (4th Cir. 1967) and *Phoenix Renovation Corp. v. Gulf Coast Software et al.*, 197 F.R.D. 580 (E.D.V.A. 2000).

     SO ORDERED.

         Signed: January 20, 2010

         Graham C. Mullen
         United States District Judge