# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:09CV139-GCM

| | |
|---|---|
| CTG FINANCIAL, LLC ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRUCE ANTHONY, Individually ) | |
| a/k/a Jimmie D. Smith ) | |
|     Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Substitute. Pursuant to Rule of Federal Civil Procedure 25(c), the motion is hereby GRANTED. The Clerk of Court is directed to replace the named plaintiff CTG Financial, LLC with the substituted plaintiff Derek Skea, individually.

SO ORDERED.

Signed: April 12, 2010

Graham C. Mullen
United States District Judge