# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Derek Skea,

   Plaintiff(s),        DEFAULT JUDGMENT

vs.               3:09cv139

Jim Josh Construction, LLC,
d/b/a Silver Circle Refrigerated,
a Georgia Limited Liability Company
and
Jimmie D. Smith, Individually
and
Bruce Anthony a/k/a Jimmie D.
Smith, Individually,

   Defendant(s).

This matter is before the Clerk by application for entry of default judgment as to defendant, Bruce Anthony a/k/a Jimmie D. Smith.

IT APPEARING TO THE COURT that the named defendant, Bruce Anthony a/k/a Jimmie D. Smith, is in default for failing to plead or otherwise defend this action as required by law and the record reflects that the Clerk's entry of default was made on September 8, 2009 .

THEREFORE in accordance with Rule 55(b)(1), judgment by default is entered in favor of the Plaintiff Derek Shea and against Defendant Bruce Anthony a/k/a Jimmie D. Smith in the amount of $958,519.50.

Signed: April 13, 2010

Frank G. Johns, Clerk
United States District Court